# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KEITH ROBERTS,

        Plaintiff,

v.                                          Case No: 6:16-cv-36-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 24) filed on February 8, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 10, 2017 (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Uncontested Petition for Attorney's Fees (Doc. 24) is **GRANTED**.

3. Plaintiff is **AWARDED** attorney's fees in the amount of **$7,400.86**.

4. Payment to Plaintiff's counsel is authorized provided the Department of the Treasury determines that Plaintiff does not owe a debt to the Government.

**DONE AND ORDERED** in Orlando, Florida on February 28, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties